# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

**In re:**

**MICHAEL W. DECKER**

**Debtor.**

Case No. 17-50297
Chapter 7

_____

**KILMER & ASSOCIATES, CPA, PC**

    **Plaintiff,**

**v.**

**MICHAEL W. DECKER, et al**

    **Defendants.**

Case No. 17-05012

## ORDER

THIS CAUSE came before the Court on the Amended Motion of Michael W. Decker ("Decker") pursuant to Rule 9018 to seal the Trial Exhibits in this proceeding; and

IT APPEARING to the Court that the Motion is proper, it is hereby

ADJUDGED and ORDERED the Motion is GRANTED; and it is further

ADJUDGED and ORDERED that the Clerk shall seal Defendant's Exhibits F, G, H, I and J.

ENTERED this 2nd day of April, 2018.

_____
The Honorable Rebecca B. Connelly

I ASK FOR THIS:

      /s/ James P. Campbell
James P. Campbell, Esq.  (VSB#25097)
CAMPBELL FLANNERY, P.C.
Counsel for the Michael W. Decker
1602 Village Market Blvd., Suite 220
Leesburg, Virginia 20175
703-771-8344 Telephone
703-777-1485 Facsimile
jcampbell@campbellflannery.com